United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-10715-ref
Ehsan Ullah Khan                                                        Chapter 13
Misbah Ehsan Khan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith              Page 1 of 2            Date Rcvd: Mar 07, 2019
                              Form ID: 309I            Total Noticed: 64

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2019.
```
db/jdb        +Ehsan Ullah Khan,    Misbah Ehsan Khan,    85 Sumerfield Drive,    Mount Bethel, PA 18343-5365
tr            +SCOTT WATERMAN,    Chapter 13 Trustee,    2901 St. Lawrence Ave.,    Suite 100,
                Reading, PA 19606-2265
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14268635      +ARS Account Resolution Services,    1643 NW 136 Ave,    Building H Suite 100,
                Sunrise, FL 33323-2857
14268634      +Amerigas,    203 Main Street,    Stroudsburg, PA 18360-2501
14268638      +CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
14268639       CCS/Bryan State Bank,    50 E 60th Street,    N Sioux Falls, SD 57104
14268640      +CCS/First Nat'l Bank,    500 E 60th St,    N Sioux Falls, SD 57104-0478
14268643       Clarity Finance,    8 Kennebasis Road,    Indian Township, ME 04688
14268647      +Creditech,    50 N 7th Street,    Bangor PA 18013-1791
14268641     ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
              (address filed with court: CCS/First Savings Bank,     500 E 60th St,    N Sioux Falls, SD 57104)
14268648      +FNB Omaha,    PO Box 3412,    Omaha NE 68103-0412
14268649      +FSB Blaze Credit Card,    PO Box 5096,    Sioux Falls, SD 57117-5096
14275734      +First National Bank of Omaha,    1620 Dodge Street, Stop code 3105,    Omaha, NE 68197-0002
14268650       Ian Zev Winograd, Esquire,    Pressler Felt & Warshaw LLP,    7 Entin Road,
                Parsippany, NJ 07054-5020
14268652       Jason M. Gallina MD PC,    PO Box 182,    New York, NY 10163-0182
14268657      +Lendmark Financial Services,    2959 RT 611 Suite 105,    Tannersville, PA 18372-7926
14268660      +Mariner Finance,    8211 Town Center Dr.,    Nottingham, MD 21236-5904
14268661      +Matthew K. Fissel, Esquire,    KML Law Group, PC,    Suite 5000 BNY Independence Center,
                701 Market Street,    Philadelphia, PA 19106-1538
14268663       Midland Funding,    c/o Pressler, Felt & Warshaw, LLP,    7 Enlin Road,
                Parsippany, NJ 07054-5020
14271851      +PNC BANK NATIONAL  ASSOCIATION,    c/o Rebecca A. Sola,    701 Market Street,    Suite 5000,
                Philadelphia, PA 19106-1541
14268667      +PNC Bank, NA,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14268669      +Premier BKCRD/First Premier,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4824
14268671      +Sears/CBNA,    P.O. Box 6217,    Sioux Falls, SD 57117-6217
14268675      +TBOM/ATLS/Fortiva MC,    PO Box 105555,    Atlanta, GA 30348-5555
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: zac@fisherchristman.com Mar 08 2019 02:48:21     J. ZAC CHRISTMAN,
                Fisher Christman,    530 Main Street,    Stroudsburg, PA  18360
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 08 2019 02:48:35
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 08 2019 02:49:01      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust           +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Mar 08 2019 02:48:53      United States Trustee,
                Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
14268636       EDI: BANKAMER.COM Mar 08 2019 07:43:00      Bank of America,    PO Box 982238,    El Paso TX 79998
14268637      +EDI: CAPITALONE.COM Mar 08 2019 07:43:00      Capital One,    PO Box 30285,
                Salt Lake City UT 84130-0285
14283335      +EDI: AIS.COM Mar 08 2019 07:43:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                Oklahoma City, OK 73118-7901
14268642      +EDI: CITICORP.COM Mar 08 2019 07:43:00      Citi Cards/Citibank,    PO Box 6241,
                Sioux Falls, SD 57117-6241
14268644      +EDI: COLLINSASSET.COM Mar 08 2019 07:43:00      Collins Asset Group,
                5725 W Highway 290, Suite 103,    Austin TX 78735-8722
14268645       EDI: WFNNB.COM Mar 08 2019 07:43:00      Commenity Bank Bon Ton,    PO Box 182789,
                Columbus OH 43218-2789
14268646      +EDI: RCSFNBMARIN.COM Mar 08 2019 07:43:00      Credit One Bank,    PO Box 98875,
                Las Vegas NV 89193-8875
14268651       EDI: IRS.COM Mar 08 2019 07:43:00      Interal Revenue Service,    PO Box 7346,
                Philadelphia, PA 19101-7346
14268653      +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Mar 08 2019 02:49:33
                JH Portfolio Debt Equit.,    5757 Phantom Drive,    Suite 225,    Hazelwood MO 63042-2429
14268654      +EDI: CBSKOHLS.COM Mar 08 2019 07:43:00      Kohls/CapOne,    PO Box 3115,
                Milwaukee WI 53201-3115
14268654      +E-mail/Text: bncnotices@becket-lee.com Mar 08 2019 02:48:27     Kohls/CapOne,    PO Box 3115,
                Milwaukee WI 53201-3115
14268658       E-mail/Text: ktramble@lendmarkfinancial.com Mar 08 2019 02:48:22
                Lendmark Financial Services,    2118 Usher Street NW,    Covington, GA 30014
14276492       EDI: RESURGENT.COM Mar 08 2019 07:43:00      LVNV Funding, LLC,    Resurgent Capital Services,
                PO Box 10587,    Greenville, SC 29603-0587
```

```
District/off: 0313-4          User: Keith             Page 2 of 2             Date Rcvd: Mar 07, 2019
                              Form ID: 309I           Total Noticed: 64
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14268655       +E-mail/Text: bk@lendingclub.com Mar 08 2019 02:49:15      Lending Club Corp,
                 71 Stevenson St, Suite 300,    San Francisco, CA 94105-2985
14278263        EDI: MERRICKBANK.COM Mar 08 2019 07:43:00      MERRICK BANK,    Resurgent Capital Services,
                 PO Box 10368,    Greenville, SC 29603-0368
14268659       +EDI: TSYS2.COM Mar 08 2019 07:43:00      Macys DSNB,    PO Box 8218,    Mason OH 45040-8218
14268662       +EDI: MERRICKBANK.COM Mar 08 2019 07:43:00      Merrick Bank Corp,    PO Box 9201,
                 Old Bethpage, NY 11804-9001
14268664       +EDI: MID8.COM Mar 08 2019 07:43:00      Midland Funding,    2365 Northside Dr #300,
                 San Diego, CA 92108-2709
14277434       +EDI: MID8.COM Mar 08 2019 07:43:00      Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
14268665       +EDI: MID8.COM Mar 08 2019 07:43:00      Midland Funding LLC,    2365 Northside Drive,    Suite 300,
                 San Diego CA 92108-2709
14268668        EDI: PRA.COM Mar 08 2019 07:43:00      Portfolio Recovery Associates,
                 120 Corporate Blvd, Suite 100,    Norfolk VA 23502
14268666        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 08 2019 02:48:35      Pennsylvania Dep't of Revenue,
                 Department 280946,    Attn: Bankruptcy Division,    Harrisburg, PA 17128-0946
14283153       +EDI: JEFFERSONCAP.COM Mar 08 2019 07:43:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14275587        EDI: Q3G.COM Mar 08 2019 07:43:00      Quantum3 Group LLC as agent for,    Second Round LP,
                 PO Box 788,    Kirkland, WA 98083-0788
14268670       +EDI: RESURGENT.COM Mar 08 2019 07:43:00      Resurgent/LVNV Funding,    PO Box 1269,
                 Greenville, SC 29602-1269
14268672       +EDI: RMSC.COM Mar 08 2019 07:43:00      SYNCB/BP,    PO BOX 965024,    Orlando, FL 32896-5024
14268673       +EDI: RMSC.COM Mar 08 2019 07:43:00      SYNCB/Citgo PLCC,    PO Box 965004,
                 Orlando, FL 32896-5004
14268674       +EDI: RMSC.COM Mar 08 2019 07:43:00      SYNCB/WAL-MART,    PO BOX 965024,
                 Orlando, FL 32896-5024
14269012       +EDI: RMSC.COM Mar 08 2019 07:43:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
14268676       +EDI: WTRRNBANK.COM Mar 08 2019 07:43:00      TD Bank USA Target Credit,    PO Box 673,
                 Minneapolis MN 55440-0673
14268677       +EDI: BLUESTEM Mar 08 2019 07:43:00      Webbank Fingerhut,    6250 Ridgewod Road,
                 Saint Cloud MN 56303-0820
14268678       +E-mail/Text: bankruptcynotice@westlakefinancial.com Mar 08 2019 02:48:53
                 Westlake Financial Services,    4751 Wilshire Blvd,    Suite 100,    Los Angeles, CA 90010-3847
                                                                                                TOTAL: 36

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14268656*      +Lending Club Corp,    71 Stevenson Street, Suite 300,    San Francisco, CA 94105-2985
                                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2019 at the address(es) listed below:
```
              J. ZAC CHRISTMAN    on behalf of Joint Debtor Misbah Ehsan Khan zac@fisherchristman.com,
               office@fisherchristman.com
              J. ZAC CHRISTMAN    on behalf of Debtor Ehsan Ullah Khan zac@fisherchristman.com,
               office@fisherchristman.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              SCOTT WATERMAN     ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Ehsan Ullah Khan** | Social Security number or ITIN **xxx–xx–3776** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Misbah Ehsan Khan** | Social Security number or ITIN **xxx–xx–1604** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter **13**  **2/4/19** |
| Case number: | **19–10715–ref** | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

**\*\*Debtor's Photo ID &Social Security Card Must Be Presented at 341 Hearing\*\***     12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Ehsan Ullah Khan | Misbah Ehsan Khan |
| 2. | **All other names used in the last 8 years** | aka Ehsan Khan, aka Ehsan U. Khan | aka Misbah Khan, aka Misbah E. Khan |
| 3. | **Address** | 85 Sumerfield Drive<br>Mount Bethel, PA 18343 | 85 Sumerfield Drive<br>Mount Bethel, PA 18343 |
| 4. | **Debtor's attorney**<br>Name and address | J. ZAC CHRISTMAN<br>Fisher Christman<br>530 Main Street<br>Stroudsburg, PA 18360 | Contact phone 5702343960<br>Email: zac@fisherchristman.com |
| 5. | **Bankruptcy trustee**<br>Name and address | SCOTT WATERMAN<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Contact phone (610) 779–1313<br>Email: ECFmail@fredreiglech13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 400 Washington Street<br>Suite 300<br>Reading, PA 19601 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br>Contact phone (610)2085040<br>Date: 3/7/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 9, 2019 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Bar Association of Lehigh County, Meeting Rooms – Lower Level, 1114 West Walnut Street, Allentown, PA 18102** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 6/8/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 4/15/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 8/3/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $1187.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**5/16/19 at 09:00 AM** , Location: **Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |