**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | EHSAN ULLAH KHAN | : | Chapter 13 |
| | MISBAH EHSAN KHAN, | : | |
| | | : | |
| | Debtors | : | Bky. No. 19-10715 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Application to Employ Special Counsel,

It is hereby **ORDERED** that:

1. The Motion is **DENIED** because it is not necessary for a chapter 13 debtor to obtain court approval to retain special counsel to represent the debtor unless counsel is also representing the chapter 13 trustee. See 11 U.S.C. §327 (requiring court approval of the retention of professionals by "the trustee").

2. In the event, however, that special counsel seeks payment of compensation or allowance of expenses, special counsel shall file an application with this court in accordance with 11 U.S.C. §330(a)(4)(B) and In re Busy Beaver Building Centers, Inc., 19 F. 3d. 833 (3d Cir. 1994).

Date: **June 13, 2019**

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**