United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-10715-elf
Ehsan Ullah Khan                                                      Chapter 13
Misbah Ehsan Khan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Randi               Page 1 of 1           Date Rcvd: Jun 14, 2019
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2019.
db/jdb         +Ehsan Ullah Khan,   Misbah Ehsan Khan,   85 Sumerfield Drive,   Mount Bethel, PA 18343-5365

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2019                                 Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2019 at the address(es) listed below:
              J. ZAC CHRISTMAN    on behalf of Joint Debtor Misbah Ehsan Khan zac@fisherchristman.com,
               office@fisherchristman.com
              J. ZAC CHRISTMAN    on behalf of Debtor Ehsan Ullah Khan zac@fisherchristman.com,
               office@fisherchristman.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    EHSAN ULLAH KHAN              :    Chapter 13
         MISBAH EHSAN KHAN,             :
                                        :
                  Debtors               :    Bky. No.  19-10715 ELF

# O R D E R

**AND NOW,** upon consideration of the Debtor's Application to Employ Special Counsel,

It is hereby **ORDERED** that:

1. The Motion is **DENIED** because it is not necessary for a chapter 13 debtor to obtain court approval to retain special counsel to represent the debtor unless counsel is also representing the chapter 13 trustee.  See 11 U.S.C. §327 (requiring court approval of the retention of professionals by "the trustee").

2. In the event, however, that special counsel seeks payment of compensation or allowance of expenses, special counsel shall file an application with this court in accordance with 11 U.S.C. §330(a)(4)(B) and In re Busy Beaver Building Centers, Inc., 19 F. 3d. 833 (3d Cir. 1994).

**Date: June 13, 2019**

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE