**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  **EHSAN ULLAH KHAN,** aka | : | **Chapter:**      13 |
| Ehsan Khan, aka Ehsan U. Khan, and | : | Case No.: **19-10715-elf** |
| **MISBAH EHSAN KHAN,** aka | : | |
| Misbah Khan, aka Misbah E. Khan, | : | |
| Debtors | : | |

**CERTIFICATE OF SERVICE: AMENDED SCHEDULE C**

I certify that I am more than 18 years of age and that on **June 27, 2019**, I served a true and correct copy of the **Amended Schedule C (and related Affidavit)** on the following parties in the following manner:

| *Name and Address* | *Mode of Service* |
|---|---|
| Scott F. Waterman, Esquire, Chapter 13 Trustee | CM/ECF Notification |
| Office of United States Trustee | CM/ECF Notification |
| Rebecca Ann Solarz, Esquire | CM/ECF Notification |
| Patti H. Bass<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712-1544 | First Class Mail |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | First Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

**FISHER CHRISTMAN**

By:  /s/ J. Zac Christman
        J. Zac Christman, Esquire
        Attorney for Debtor(s)
        530 Main Street
        Stroudsburg, PA 18360
        (570) 234-3960; fax (570) 234-3975
        zac@fisherchristman.com