**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 13 |
| | ) | |
| EHSAN ULLAH KHAN a/k/a | ) | CASE NO. 19-10715-ELF |
| EHSAN KHAN a/k/a | ) | |
| EHSAN U. KHAN and | ) | |
| MISBAH EHSAN KHAN a/k/a | ) | |
| MISBAH KHAN a/k/a | ) | |
| MISBAH E. KHAN, | ) | |
| Debtors | ) | |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | ) | |
| WESTLAKE FINANCIAL SERVICES, | ) | **HEARING DATE**: |
| Movant | ) | Thursday, September 12, 2019 |
| vs. | ) | 11:00 a.m. |
| | ) | |
| EHSAN ULLAH KHAN a/k/a | ) | |
| EHSAN KHAN a/k/a | ) | **LOCATION**: |
| EHSAN U. KHAN and | ) | U.S. Bankruptcy Court |
| MISBAH EHSAN KHAN a/k/a | ) | The Madison Building |
| MISBAH KHAN a/k/a | ) | Courtroom No. 1 |
| MISBAH E. KHAN, | ) | 400 Washington Street |
| Respondents | ) | Reading, PA 19601 |
| and | ) | |
| SCOTT F. WATERMAN, | ) | |
| Trustee | ) | |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

*Westlake Financial Services has filed a Motion for Relief with the Court to Lift the Automatic Stay to Permit Westlake Financial Services to Repossess Debtors' Property described as a 2007 CHRYSLER Pacifica-V6 Wagon 4D Touring AWD, V.I.N. 2A8GF68X37R290227.*

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney if you have one in this case.** **(If you do not have an attorney, you may wish to consult an attorney).**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before August 28, 2019, you or your attorney must do all of the following:

(a) file an answer explaining your position at:

*United States Bankruptcy Court Clerk*
*Eastern District of Pennsylvania*
*400 Washington Street*
*Reading, PA 19601*

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so it will be received on or before the date stated above; and,

(b) mail a copy to the movant's attorney:

*Jason Brett Schwartz, Esquire*
*Mester & Schwartz, P.C.*
*1333 Race Street*
*Philadelphia, PA 19107*
*(267) 909-9036*

*and*

*Scott F. Waterman, Trustee*
*2901 St. Lawrence Ave.*
*Suite 100*
*Reading, PA 19606*
*Chapter 13 Trustee*

2. If you or your attorney do not take the steps described in paragraphs (a) and (b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank on Thursday, Thursday, September 12, 2019 at 11:00 a.m. in Courtroom 1, United States Bankruptcy Court, 400 Washington Street, Reading, Pennsylvania 19601.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (610)208-5040 to find out whether the hearing has been canceled because no one filed an answer.

DATE: August 14, 2019