# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Misbah Ehsan Khan aka Misbah Khan aka Misbah E. Khan<br>　　　Ehsan Ullah Khan aka Ehsan Khan aka Ehsan U. Khan<br>　　　　　　Debtor(s) | CHAPTER 13 |
| PNC BANK NATIONAL ASSOCIATION, its successors and/or assigns<br>　　　　　　Movant<br>　　vs.<br>Misbah Ehsan Khan aka Misbah Khan aka Misbah E. Khan<br>Ehsan Ullah Khan aka Ehsan Khan aka Ehsan U. Khan<br>　　　　　　Debtor(s)<br>Scott F. Waterman, Esq.<br>　　　　　　Trustee | NO. 19-10715 REF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of PNC BANK NATIONAL ASSOCIATION, which was filed with the Court on or about **May 15, 2019, docket number 23**.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　By: **/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant

September 10, 2019