United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Ehsan Ullah Khan
Misbah Ehsan Khan
    Debtors

Case No. 19-10715-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: Oct 24, 2019
                    Form ID: 155     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2019.
db/jdb       +Ehsan Ullah Khan,    Misbah Ehsan Khan,    85 Sumerfield Drive,    Mount Bethel, PA 18343-5365

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2019                                       Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2019 at the address(es) listed below:
        J. ZAC CHRISTMAN    on behalf of Joint Debtor Misbah Ehsan Khan zac@fisherchristman.com,
          office@fisherchristman.com
        J. ZAC CHRISTMAN    on behalf of Debtor Ehsan Ullah Khan zac@fisherchristman.com,
          office@fisherchristman.com
        JASON BRETT SCHWARTZ    on behalf of Creditor    Westlake Financial Services
          jschwartz@mesterschwartz.com
        REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION
          bkgroup@kmllawgroup.com
        ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
          ecfmail@readingch13.com,   ecf_frpa@trustee13.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                 TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Ehsan Ullah Khan and Misbah Ehsan Khan

    Debtor(s)

Chapter: 13

Bankruptcy No: 19−10715−elf

___

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this October 24, 2019 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                          Eric L. Frank
                                                          Judge ,
                                                          United States Bankruptcy Court

                                                                                    53
                                                                             Form 155