United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-10715-elf
Ehsan Ullah Khan                                                      Chapter 13
Misbah Ehsan Khan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: John          Page 1 of 1          Date Rcvd: Dec 06, 2019
                              Form ID: pdf900     Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2019.
db/jdb        +Ehsan Ullah Khan,   Misbah Ehsan Khan,   85 Sumerfield Drive,   Mount Bethel, PA 18343-5365
smg           +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg           +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg           +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
cr            +Collins Asset Group, LLC,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite #200,
               Tucson, AZ 85712-1083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           +E-mail/Text: bnc@bass-associates.com Dec 07 2019 03:08:11     PATTI H. BASS,
               3936 E. Ft. Lowell Rd.,   Suite 200,   Tucson, AZ 85712-1083
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 07 2019 03:09:27
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 07 2019 03:09:58     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Dec 07 2019 03:02:53     Synchrony Bank,
               c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14268678      +E-mail/Text: bankruptcynotice@westlakefinancial.com Dec 07 2019 03:09:39
               Westlake Financial Services,   4751 Wilshire Blvd,   Suite 100,   Los Angeles, CA 90010-3847
                                                                                    TOTAL: 5


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2019 at the address(es) listed below:
          J. ZAC CHRISTMAN    on behalf of Joint Debtor Misbah Ehsan Khan zac@fisherchristman.com,
           office@fisherchristman.com
          J. ZAC CHRISTMAN    on behalf of Debtor Ehsan Ullah Khan zac@fisherchristman.com,
           office@fisherchristman.com
          JASON BRETT SCHWARTZ    on behalf of Creditor   Westlake Financial Services
           jschwartz@mesterschwartz.com
          REBECCA ANN SOLARZ    on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION
           bkgroup@kmllawgroup.com
          ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ecfmail@readingch13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                    TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

IN RE:                                          : Chapter 13
EHSAN ULLAH KHAN a/k/a                           : Case No. 19-10715-ELF
EHSAN KHAN a/k/a                                 : Consent Order Settling
EHSAN U. KHAN and                                : Westlake Financial Services's
MISBAH EHSAN KHAN a/k/a                          : Motion For Relief From The Automatic
MISBAH KHAN a/k/a                                : Stay Pursuant To 11 U.S.C. § 362
MISBAH E. KHAN,
                        Debtors

---

AND NOW, this        day of                      , 2019, this matter having come
before this Court upon application of *Westlake Financial Services* (hereinafter referred to as
*"Westlake"*), a secured creditor of the above-named Debtors, by its counsel, for relief from the
automatic stay pursuant to 11 U.S.C. § 362;

AND it appearing that Debtors, *Ehsan Ullah Khan and Misbah Ehsan Khan,* through
Debtors' attorney, *J. Zac Christman, Esquire,* have reached an agreement with regard to said
Motion for Relief regarding a 2007 CHRYSLER Pacifica-V6 Wagon 4D Touring AWD, V.I.N.
2A8GF68X37R290227 (the "Vehicle"), as per the terms contained in this Order;

AND, it appearing that Debtors are indebted to *Westlake* on a loan which enabled Debtors
to purchase said Vehicle, which loan terms are set forth in a Retail Installment Contract (the
"Contract"); and

It appearing that *Westlake* is the holder of a secured claim against the Debtors and;

It appearing that the Debtors are in arrears post-petition in the amount of *$1,416.52*
($1,110.52 in missed payment, plus $306.00 in attorney's fees and costs) as of November 12, 2019;

It appearing that the Debtors and *Westlake* have reached an agreement to cure post-petition
arrears and attorney's fees and costs, the Debtor agrees to pay *$472.18* of the current arrears
monthly **beginning** November 27, 2019 for the next **three** (3) months (with payments due on the
**twenty-seventh** of each month) until the loan is paid in full, wherefore,

It is hereby **ORDERED** and **DECREED** that if Debtors shall fail to make the regular monthly payment (or any portion thereof) or fail to make payment toward the curing of the arrears as set forth above and Debtors fail to cure said default within ten (10) days after notice by *Westlake* (or its counsel) of said default, counsel for *Westlake* may file a Certification of Default with the Court setting forth Debtors' default and *Westlake* shall be granted immediate relief from the automatic stay provisions of Section 362 of the Bankruptcy Code (11 U.S.C. § 362), and *Westlake* is then also free to proceed with exercising its rights and remedies as may be allowed under State and Federal law. The Debtors shall be allowed to default and cure such default under this Consent Order one (1) time. Should Debtors default a second (2nd) time, notice of the default will be served, but the Debtors will not be granted an opportunity to cure the default and counsel for *Westlake* may file a Certification of Default with the Court setting forth Debtors' default and *Westlake* shall be granted immediate relief from the automatic stay provisions of Section 362 of the Bankruptcy Code (11 U.S.C. § 362).

It is **FURTHER ORDERED** and **DECREED** that in the event Debtors convert to a bankruptcy under any Chapter other than Chapter 13 of the Bankruptcy Code then Debtors shall pay all pre-petition arrears and post-petition arrears within fifteen (15) days from the date the case is converted from Chapter 13 to any other Chapter. If Debtors fail to make payment in accordance with this paragraph then *Westlake*, through Counsel, may file a certification setting forth said failure and *Westlake* shall be granted immediate relief from the automatic stay provisions of Section 362 of the Bankruptcy Code (11 U.S.C. § 362) and *Westlake* is then also free to proceed with exercising its rights and remedies as may be allowed under State and Federal law.

The failure by *Westlake*, at any time, to file a Certification of Default upon default by the Debtors shall not be construed, nor shall such failure act, as a waiver of any of *Westlake's* rights hereunder.

This Order is a supplement and in addition to the Contract and not in lieu thereof.

Facsimile signatures shall be accorded the same force and effect as an original signature, and may be submitted to the Court.

It is further Ordered that the fourteen (14) day stay provided by Rule 4001(a)(3) is hereby waived.

Date:  12/6/19

Eric L. Frank
U.S. BANKRUPTCY JUDGE

Post-Petition Arrears:        $1,110.52
Counsel Fees:                 $ 306.00
*Total:*                      *$1,416.52*

**Westlake Financial Services**
By Counsel: Mester & Schwartz, P.C.

By: _____
Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107
(267) 909-9036

DATED:  12/3/19

Seen and agreed to -- We hereby consent to the form and entry of the foregoing Order.

**Debtors: Ehsan Ullah Khan and Misbah Ehsan Khan**
By Counsel for Debtors: J. Zac Christman, Esquire

By: _____
J. Zac Christman, Esquire
Fisher Christman
530 Main Street
Stroudsburg, PA 18360
(570) 234-3960

DATED:  December 2, 2019

Chapter 13 Trustee


_/s/ Polly A. Langdon_____
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
(610) 779-1313

Dated:  12/4/2019

Please send copies to:

Ehsan Ullah Khan
Misbah Ehsan Khan
85 Sumerfield Drive
Mount Bethel, PA 18343

J. Zac Christman, Esq.
Fisher Christman
530 Main Street
Stroudsburg, PA 18360

Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Office of U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107