**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** **EHSAN ULLAH KHAN,** aka | : | **Chapter:** 13 |
| Ehsan Khan, aka Ehsan U. Khan, and | : | Case No.: **19-10715-elf** |
| **MISBAH EHSAN KHAN,** aka | : | Hearing: 11 a.m., December 19, 2019 |
| Misbah Khan, aka Misbah E. Khan, | : | Courtroom No. 1, The Madison Bldg. |
| Debtors | : | 400 Washington Street |
| | : | Reading, PA 19601 |

**ORDER GRANTING**
**MOTION TO APPROVE PERSONAL INJURY SETTLEMENT**

Upon consideration of Debtors' Motion to Approve Personal Injury Settlement, it is hereby ORDERED that said Motion to Approve Personal Injury Settlement is GRANTED. It is further ORDERED that Debtors EHSAN ULLAH KHAN and MISBAH EHSAN KHAN are hereby AUTHORIZED to execute any documents necessary to implement said Settlement. It is further ORDERED that Debtors EHSAN ULLAH KHAN and MISBAH EHSAN KHAN are hereby AUTHORIZED to settle said third party claim for $15,000. It is further ORDERED that Debtors EHSAN ULLAH KHAN and MISBAH EHSAN KHAN are hereby AUTHORIZED to distribute the proceeds of the Personal Injury Settlement as follows:

$ 5,000 in fees to MICHAEL P. DORSEY, ESQUIRE, and THE ROTHENBERG LAW FIRM, LLP;

$ 6,115.88 in expenses to MICHAEL P. DORSEY, ESQUIRE, and THE ROTHENBERG LAW FIRM, LLP;

$ 667.94 to GRAND CENTER PHYSICAL THERAPY;

$ 225 to MEDICAL IMAGING OF LEHIGH VALLEY;

$ 945 to POCONO MEDICAL CENTER; and

$ 2,046.18 to Debtors EHSAN ULLAH KHAN and MISBAH EHSAN KHAN, as their exemptible interest in the Settlement.

Date: 12/23/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**