United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Ehsan Ullah Khan  
Misbah Ehsan Khan  
    Debtors

Case No. 19-10715-elf  
Chapter 13

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-4 | User: Randi<br>Form ID: pdf900 | Page 1 of 1<br>Total Noticed: 1 | Date Rcvd: Dec 23, 2019 |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2019.
db/jdb     +Ehsan Ullah Khan,   Misbah Ehsan Khan,   85 Sumerfield Drive,   Mount Bethel, PA 18343-5365

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2019          Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2019 at the address(es) listed below:

    J. ZAC CHRISTMAN    on behalf of Joint Debtor Misbah Ehsan Khan zac@fisherchristman.com, office@fisherchristman.com
    J. ZAC CHRISTMAN    on behalf of Debtor Ehsan Ullah Khan zac@fisherchristman.com, office@fisherchristman.com
    JASON BRETT SCHWARTZ    on behalf of Creditor   Westlake Financial Services jschwartz@mesterschwartz.com
    REBECCA ANN SOLARZ    on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
    ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
    SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** EHSAN ULLAH KHAN, aka | : | Chapter: **13** |
| Ehsan Khan, aka Ehsan U. Khan, and | : | Case No.: **19-10715-elf** |
| **MISBAH EHSAN KHAN,** aka | : | Hearing: 11 a.m., December 19, 2019 |
| Misbah Khan, aka Misbah E. Khan, | : | Courtroom No. 1, The Madison Bldg. |
| Debtors | : | 400 Washington Street |
| | : | Reading, PA 19601 |

**ORDER GRANTING**
**MOTION TO APPROVE PERSONAL INJURY SETTLEMENT**

Upon consideration of Debtors' Motion to Approve Personal Injury Settlement, it is hereby ORDERED that said Motion to Approve Personal Injury Settlement is GRANTED. It is further ORDERED that Debtors EHSAN ULLAH KHAN and MISBAH EHSAN KHAN are hereby AUTHORIZED to execute any documents necessary to implement said Settlement. It is further ORDERED that Debtors EHSAN ULLAH KHAN and MISBAH EHSAN KHAN are hereby AUTHORIZED to settle said third party claim for $15,000. It is further ORDERED that Debtors EHSAN ULLAH KHAN and MISBAH EHSAN KHAN are hereby AUTHORIZED to distribute the proceeds of the Personal Injury Settlement as follows:

$ 5,000 in fees to MICHAEL P. DORSEY, ESQUIRE, and THE ROTHENBERG LAW FIRM, LLP;

$ 6,115.88 in expenses to MICHAEL P. DORSEY, ESQUIRE, and THE ROTHENBERG LAW FIRM, LLP;

$ 667.94 to GRAND CENTER PHYSICAL THERAPY;

$ 225 to MEDICAL IMAGING OF LEHIGH VALLEY;

$ 945 to POCONO MEDICAL CENTER; and

$ 2,046.18 to Debtors EHSAN ULLAH KHAN and MISBAH EHSAN KHAN**,** as their exemptible interest in the Settlement.

Date: 12/23/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**