UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** Ehsan Ullah Khan, aka | : | Chapter: 13 |
| Ehsan Khan, aka Ehsan U. Khan, and | : | Case No.: **19-10715 PMM** |
| **Misbah Ehsan Khan,** aka | : | Hearing: 11 a.m., March 12, 2020 |
| Misbah Khan, aka Misbah E. Khan, | : | Courtroom No. 1, The Madison Bldg. |
| Debtors | : | 400 Washington Street |
| | : | Reading, PA 19601 |

## ORDER GRANTING
## SECOND MOTION TO APPROVE PERSONAL INJURY SETTLEMENT

Upon consideration of Debtors' Second Motion to Approve Personal Injury Settlement, it is hereby **ORDERED** that said Second Motion to Approve Personal Injury Settlement is **GRANTED**. It is further **ORDERED** that Debtors Ehsan Ullah Khan and Misbah Ehsan Khan are hereby **AUTHORIZED** to execute any documents necessary to implement said Settlement. It is further **ORDERED** that Debtors Ehsan Ullah Khan and Misbah Ehsan Khan are hereby **AUTHORIZED** to settle said underinsured motorists claim for $85,000. It is further **ORDERED** that Debtors Ehsan Ullah Khan and Misbah Ehsan Khan are hereby **AUTHORIZED** to distribute the proceeds of the Personal Injury Settlement as follows:

$ 34,000 in fees to Michael P. Dorsey, Esquire, and The Rothenberg Law Firm, LLP;

$ 44,009.20 to Debtors Ehsan Ullah Khan and Misbah Ehsan Khan, as their exemptable interest in the Settlement; and

$ 6,990.80 to the Chapter 13 Trustee, Scott F. Waterman.

It is further **ORDERED** that The Rothenberg Law Firm, LLP, may distribute funds from the prior settlement to be distributed for expenses of The Rothenberg Law Firm, LLP, to Debtors, and

Date: 3/16/20

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE
for U.S. BANKRUPTCY JUDGE PATRICIA M. MAYER