United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Ehsan Ullah Khan
Misbah Ehsan Khan
    Debtors

Case No. 19-10715-pmm
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Antoinett    Page 1 of 1    Date Rcvd: Mar 16, 2020
                              Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2020.
db/jdb       +Ehsan Ullah Khan,    Misbah Ehsan Khan,    85 Sumerfield Drive,    Mount Bethel, PA 18343-5365

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2020                                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2020 at the address(es) listed below:
        J. ZAC CHRISTMAN    on behalf of Joint Debtor Misbah Ehsan Khan zac@fisherchristman.com, office@fisherchristman.com
        J. ZAC CHRISTMAN    on behalf of Debtor Ehsan Ullah Khan zac@fisherchristman.com, office@fisherchristman.com
        JASON BRETT SCHWARTZ    on behalf of Creditor    Westlake Financial Services jschwartz@mesterschwartz.com
        REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK NATIONAL    ASSOCIATION bkgroup@kmllawgroup.com
        ROLANDO    RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                    TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** E**HSAN** U**LLAH** K**HAN**, aka | : | Chapter:    **13** |
| Ehsan Khan, aka Ehsan U. Khan, and | : | Case No.: **19-10715 PMM** |
| **M**ISBAH **E**HSAN **K**HAN, aka | : | Hearing: 11 a.m., March 12, 2020 |
| Misbah Khan, aka Misbah E. Khan, | : | Courtroom No. 1, The Madison Bldg. |
|         Debtors | : | 400 Washington Street |
| | : | Reading, PA 19601 |

**ORDER GRANTING**
**SECOND MOTION TO APPROVE PERSONAL INJURY SETTLEMENT**

Upon consideration of Debtors' Second Motion to Approve Personal Injury Settlement, it is hereby **ORDERED** that said Second Motion to Approve Personal Injury Settlement is **GRANTED**. It is further **ORDERED** that Debtors EHSAN ULLAH KHAN and MISBAH EHSAN KHAN are hereby **AUTHORIZED** to execute any documents necessary to implement said Settlement.  It is further **ORDERED** that Debtors EHSAN ULLAH KHAN and MISBAH EHSAN KHAN are hereby **AUTHORIZED** to settle said underinsured motorists claim for $85,000.  It is further **ORDERED** that Debtors EHSAN ULLAH KHAN and MISBAH EHSAN KHAN are hereby **AUTHORIZED** to distribute the proceeds of the Personal Injury Settlement as follows:

$ 34,000 in fees to MICHAEL P. DORSEY, ESQUIRE, and THE ROTHENBERG LAW FIRM, LLP;

$ 44,009.20 to Debtors EHSAN ULLAH KHAN and MISBAH EHSAN KHAN**,** as their exemptable interest in the Settlement; and

$ 6,990.80 to the Chapter 13 Trustee, Scott F. Waterman.

It is further **ORDERED** that THE ROTHENBERG LAW FIRM, LLP, may distribute funds from the  prior settlement to be distributed for expenses of THE ROTHENBERG LAW FIRM, LLP, to Debtors, and

Date:  3/16/20

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**
**for U.S. BANKRUPTCY JUDGE PATRICIA M. MAYER**