| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 19-10715-PMM

EHSAN ULLAH KHAN
MISBAH EHSAN KHAN
85 SUMERFIELD DRIVE
MOUNT BETHEL  PA    18343

Petition Filed Date: 02/04/2019
341 Hearing Date: 04/09/2019
Confirmation Date: 10/24/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/30/2019 | $1,187.00 | 115199892 | 05/29/2019 | $1,187.00 | 115306102 | 06/25/2019 | $1,215.00 | 115335311 |
| 08/02/2019 | $1,215.00 | Automatic Payt | 09/03/2019 | $1,215.00 | Automatic Payt | 10/03/2019 | $1,215.00 | |
| 11/04/2019 | $1,215.00 | | 12/04/2019 | $1,215.00 | | 04/21/2020 | $4,860.00 | |

**Total Receipts for the Period: $14,524.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $14,524.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | J ZAC CHRISTMAN ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 001 | Unsecured Creditors | $1,036.23 | $0.00 | $1,036.23 |
| 2 | FIRST NATIONAL BANK OMAHA<br>»» 002 | Unsecured Creditors | $2,702.15 | $0.00 | $2,702.15 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $1,996.09 | $0.00 | $1,996.09 |
| 4 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 004 | Unsecured Creditors | $800.18 | $0.00 | $800.18 |
| 5 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 005 | Unsecured Creditors | $4,858.83 | $0.00 | $4,858.83 |
| 6 | MERRICK BANK<br>»» 006 | Unsecured Creditors | $1,579.28 | $0.00 | $1,579.28 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 007 | Unsecured Creditors | $888.87 | $0.00 | $888.87 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 008 | Unsecured Creditors | $115.62 | $0.00 | $115.62 |
| 9 | AMERICAN INFOSOURCE LP<br>»» 009 | Unsecured Creditors | $444.25 | $0.00 | $444.25 |
| 10 | SCOLOPAX LLC<br>»» 010 | Unsecured Creditors | $7,407.90 | $0.00 | $7,407.90 |
| 11 | UNITED STATES TREASURY (IRS)<br>»» 11P | Priority Crediors | $3,154.44 | $3,154.44 | $0.00 |
| 12 | UNITED STATES TREASURY (IRS)<br>»» 11U | Unsecured Creditors | $687.20 | $0.00 | $687.20 |
| 13 | PA DEPARTMENT OF REVENUE<br>»» 12P | Priority Crediors | $235.43 | $235.43 | $0.00 |
| 14 | UNITED STATES TREASURY (IRS)<br>»» 12U | Unsecured Creditors | $51.75 | $0.00 | $51.75 |

| | | | | | |
|---|---|---|---|---|---|
| 15 | EMERGENCY PHYSICIAN ASSOCIATES OF PA, PC<br>»» 013 | Unsecured Creditors | $945.00 | $0.00 | $945.00 |
| 16 | BECKET & LEE, LLP<br>»» 014 | Unsecured Creditors | $1,026.87 | $0.00 | $1,026.87 |
| 17 | WESTLAKE FINANCIAL SERVICES<br>»» 015 | Secured Creditors | $50.00 | $0.00 | $50.00 |
| 18 | JH PORTFOLIO DEBT EQUITIES LLC<br>»» 016 | Unsecured Creditors | $1,266.87 | $0.00 | $1,266.87 |
| 19 | JH PORTFOLIO DEBT EQUITIES LLC<br>»» 017 | Unsecured Creditors | $1,759.59 | $0.00 | $1,759.59 |
| 20 | JH PORTFOLIO DEBT EQUITIES LLC<br>»» 018 | Unsecured Creditors | $953.19 | $0.00 | $953.19 |
| 21 | PNC BANK<br>»» 019 | Mortgage Arrears | $86,908.44 | $9,752.01 | $77,156.43 |
| 22 | THE BANK OF MISSOURI<br>»» 020 | Unsecured Creditors | $1,549.59 | $0.00 | $1,549.59 |
| 23 | COLLINS ASSET GROUP LLC<br>»» 021 | Unsecured Creditors | $27,338.19 | $0.00 | $27,338.19 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 022 | Unsecured Creditors | $2,563.58 | $0.00 | $2,563.58 |
| 25 | AMERICAN INFOSOURCE LP<br>»» 023 | Unsecured Creditors | $468.59 | $0.00 | $468.59 |
| 26 | LVNV FUNDING LLC<br>»» 024 | Unsecured Creditors | $1,993.39 | $0.00 | $1,993.39 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 025 | Unsecured Creditors | $2,451.00 | $0.00 | $2,451.00 |
| 28 | TD BANK USA NA<br>»» 026 | Unsecured Creditors | $3,489.44 | $0.00 | $3,489.44 |
| 29 | DEPARTMENT STORE NATIONAL BANK<br>»» 027 | Unsecured Creditors | $1,420.70 | $0.00 | $1,420.70 |
| 30 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 028 | Unsecured Creditors | $2,796.90 | $0.00 | $2,796.90 |
| 31 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 029 | Unsecured Creditors | $768.71 | $0.00 | $768.71 |
| 32 | US DEPT OF HUD<br>»» 030 | Secured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | | |
|---|---|---|---|---|
| Total Receipts: | $14,524.00 | | Current Monthly Payment: | $1,215.00 |
| Paid to Claims: | $13,141.88 | | Arrearages: | $6,075.00 |
| Paid to Trustee: | $1,376.51 | | Total Plan Base: | $101,229.00 |
| Funds on Hand: | $5.61 | | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.