United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Ehsan Ullah Khan
Misbah Ehsan Khan
    Debtors

Case No. 19-10715-pmm
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Randi     Page 1 of 3     Date Rcvd: Sep 24, 2020
Form ID: pdf900     Total Noticed: 75

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2020.

```
db/jdb         +Ehsan Ullah Khan,    Misbah Ehsan Khan,    85 Sumerfield Drive,    Mount Bethel, PA 18343-5365
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14268635       +ARS Account Resolution Services,    1643 NW 136 Ave,    Building H Suite 100,
                 Sunrise, FL 33323-2857
14268634       +Amerigas,    203 Main Street,    Stroudsburg, PA 18360-2501
14268636      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,     PO Box 982238,    El Paso TX 79998)
14268638       +CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
14268639        CCS/Bryan State Bank,    50 E 60th Street,    N Sioux Falls, SD 57104
14268640       +CCS/First Nat'l Bank,    500 E 60th St,    N Sioux Falls, SD 57104-0478
14289154        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14268642       +Citi Cards/Citibank,    PO Box 6241,    Sioux Falls, SD 57117-6241
14306911       +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
14268643        Clarity Finance,    8 Kennebasis Road,    Indian Township, ME 04688
14296972       +Collins Asset Group, LLC,    Bass & Associates, P.C.,     3936 E. Ft. Lowell Road, Suite #200,
                 Tucson, AZ 85712-1083
14268647       +Creditech,    50 N 7th Street,    Bangor PA 18013-1791
14289089        Emergency Physician Associates of PA, PC,    PO Box 1123,    Minneapolis, MN 55440-1123
14268641      ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
                 (address filed with court: CCS/First Savings Bank,     500 E 60th St,    N Sioux Falls, SD 57104)
14268648       +FNB Omaha,    PO Box 3412,    Omaha NE 68103-0412
14268649       +FSB Blaze Credit Card,    PO Box 5096,    Sioux Falls, SD 57117-5096
14268650        Ian Zev Winograd, Esquire,    Pressler Felt & Warshaw LLP,    7 Entin Road,
                 Parsippany, NJ 07054-5020
14268652        Jason M. Gallina MD PC,    PO Box 182,    New York, NY 10163-0182
14268659       +Macys DSNB,    PO Box 8218,    Mason OH 45040-8218
14268660       +Mariner Finance,    8211 Town Center Dr.,    Nottingham, MD 21236-5904
14268661       +Matthew K. Fissel, Esquire,    KML Law Group, PC,    Suite 5000 BNY Independence Center,
                 701 Market Street,    Philadelphia, PA 19106-1538
14268663        Midland Funding,    c/o Pressler, Felt & Warshaw, LLP,    7 Enlin Road,
                 Parsippany, NJ 07054-5020
14275734      ++PERI GARITE,    ATTN CARD WORKS,    101 CROSSWAYS PARK DR W,    WOODBURY NY 11797-2020
                 (address filed with court: First National Bank of Omaha,     1620 Dodge Street, Stop code 3105,
                 Omaha, NE 68197)
14271851       +PNC BANK NATIONAL   ASSOCIATION,    c/o Rebecca A. Sola,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
14294668       +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14268667       +PNC Bank, NA,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14268669       +Premier BKCRD/First Premier,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4824
14268671       +Sears/CBNA,    P.O. Box 6217,    Sioux Falls, SD 57117-6217
14268675       +TBOM/ATLS/Fortiva MC,    PO Box 105555,    Atlanta, GA 30348-5555
14268676       +TD Bank USA Target Credit,    PO Box 673,    Minneapolis MN 55440-0673
14297158       +The Bank of Missouri,    PO Box 105555,    Atlanta, GA 30348-5555
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty            +E-mail/Text: bnc@bass-associates.com Sep 25 2020 04:45:41      PATTI H. BASS,
                 3936 E. Ft. Lowell Rd.,    Suite 200,    Tucson, AZ 85712-1083
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 25 2020 04:46:09
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 25 2020 04:46:29      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 25 2020 04:44:09
                 PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr              E-mail/Text: bncmail@w-legal.com Sep 25 2020 04:46:24      SCOLOPAX, LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
14268637        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 25 2020 04:44:39      Capital One,
                 PO Box 30285,    Salt Lake City UT 84130-0285
14283335        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 25 2020 04:55:27
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14268644        E-mail/Text: bnc@bass-associates.com Sep 25 2020 04:46:53      Collins Asset Group,
                 5725 W Highway 290, Suite 103,    Austin TX 78735-8722
14268645        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 25 2020 04:45:57      Commenity Bank Bon Ton,
                 PO Box 182789,    Columbus OH 43218-2789
14268646       +E-mail/PDF: creditonebknotifications@resurgent.com Sep 25 2020 04:44:10      Credit One Bank,
                 PO Box 98875,    Las Vegas NV 89193-8875
```

```
District/off: 0313-4              User: Randi                  Page 2 of 3                   Date Rcvd: Sep 24, 2020
                                  Form ID: pdf900              Total Noticed: 75


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14307708          E-mail/Text: bnc-quantum@quantum3group.com Sep 25 2020 04:46:01
                   Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                   Kirkland, WA  98083-0657
14268651          E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 25 2020 04:45:49     Interal Revenue Service,
                   PO Box 7346,   Philadelphia, PA 19101-7346
14268653         +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Sep 25 2020 04:46:57
                   JH Portfolio Debt Equit.,   5757 Phantom Drive,    Suite 225,   Hazelwood MO 63042-2429
14268654         +E-mail/Text: PBNCNotifications@peritusservices.com Sep 25 2020 04:45:45      Kohls/CapOne,
                   PO Box 3115,   Milwaukee WI 53201-3115
14268658          E-mail/Text: ktramble@lendmarkfinancial.com Sep 25 2020 04:45:38
                   Lendmark Financial Services,   2118 Usher Street NW,    Covington, GA 30014
14276492          E-mail/PDF: resurgentbknotifications@resurgent.com Sep 25 2020 04:44:11      LVNV Funding, LLC,
                   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14268655         +E-mail/Text: bk@lendingclub.com Sep 25 2020 04:46:45     Lending Club Corp,
                   71 Stevenson St, Suite 300,   San Francisco, CA 94105-2985
14278263          E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 25 2020 04:44:08      MERRICK BANK,
                   Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
14268662         +E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 25 2020 04:44:07      Merrick Bank Corp,
                   PO Box 9201,   Old Bethpage, NY 11804-9001
14268664         +E-mail/Text: bankruptcydpt@mcmcg.com Sep 25 2020 04:46:19     Midland Funding,
                   2365 Northside Dr #300,   San Diego, CA 92108-2709
14277434         +E-mail/Text: bankruptcydpt@mcmcg.com Sep 25 2020 04:46:19     Midland Funding LLC,
                   PO Box 2011,   Warren, MI 48090-2011
14268665         +E-mail/Text: bankruptcydpt@mcmcg.com Sep 25 2020 04:46:19     Midland Funding LLC,
                   2365 Northside Drive,   Suite 300,    San Diego CA 92108-2709
14268668          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 25 2020 04:44:41
                   Portfolio Recovery Associates,   120 Corporate Blvd, Suite 100,    Norfolk VA 23502
14301848          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 25 2020 04:44:26
                   Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
14268666          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 25 2020 04:46:09      Pennsylvania Dep’t of Revenue,
                   Department 280946,    Attn: Bankruptcy Division,    Harrisburg, PA 17128-0946
14283153         +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 25 2020 04:46:26     Premier Bankcard, Llc,
                   Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
14290778          E-mail/Text: bnc-quantum@quantum3group.com Sep 25 2020 04:46:01
                   Quantum3 Group LLC as agent for,    JH Portfolio Debt Equities LLC,    PO Box 788,
                   Kirkland, WA  98083-0788
14275587          E-mail/Text: bnc-quantum@quantum3group.com Sep 25 2020 04:46:02
                   Quantum3 Group LLC as agent for,    Second Round LP,   PO Box 788,    Kirkland, WA  98083-0788
14268670         +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 25 2020 04:44:27
                   Resurgent/LVNV Funding,   PO Box 1269,   Greenville, SC 29602-1269
14268672         +E-mail/PDF: gecsedi@recoverycorp.com Sep 25 2020 04:44:36     SYNCB/BP,    PO BOX 965024,
                   Orlando, FL 32896-5024
14268673         +E-mail/PDF: gecsedi@recoverycorp.com Sep 25 2020 04:44:21     SYNCB/Citgo PLCC,    PO Box 965004,
                   Orlando, FL 32896-5004
14268674         +E-mail/PDF: gecsedi@recoverycorp.com Sep 25 2020 04:44:36     SYNCB/WAL-MART,    PO BOX 965024,
                   Orlando, FL 32896-5024
14498628         +E-mail/Text: bncmail@w-legal.com Sep 25 2020 04:46:24     Scolopax, LLC,
                   C/O WEINSTEIN & RILEY, PS,   2001 WESTERN AVE., STE 400,    SEATTLE, WA 98121-3132
14269012         +E-mail/PDF: gecsedi@recoverycorp.com Sep 25 2020 04:44:21     Synchrony Bank,
                   c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14307682         +E-mail/Text: bncmail@w-legal.com Sep 25 2020 04:46:24     TD Bank USA, N.A.,
                   C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14356010         +E-mail/PDF: OGCRegionIIIBankruptcy@hud.gov Sep 25 2020 04:44:06
                   U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                   Washington, DC 20410-0002
14268677         +E-mail/Text: bnc-bluestem@quantum3group.com Sep 25 2020 04:46:49     Webbank Fingerhut,
                   6250 Ridgewood Road,   Saint Cloud MN 56303-0820
14268678         +E-mail/Text: bankruptcynotice@westlakefinancial.com Sep 25 2020 04:46:20
                   Westlake Financial Services,   4751 Wilshire Blvd,    Suite 100,   Los Angeles, CA 90010-3847
                                                                                              TOTAL: 38

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Collins Asset Group, LLC,   Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,
                  Tucson, AZ 85712-1083
cr*             +Synchrony Bank,   c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14268656*       +Lending Club Corp,   71 Stevenson Street, Suite 300,    San Francisco, CA 94105-2985
14465636*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,    PO Box 41067,
                  Norfolk, VA 23541)
14268657       ##+Lendmark Financial Services,   2959 RT 611 Suite 105,    Tannersville, PA 18372-7926
                                                                                     TOTALS: 0, * 4, ## 1

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0313-4          User: Randi              Page 3 of 3              Date Rcvd: Sep 24, 2020
                              Form ID: pdf900          Total Noticed: 75
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2020                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2020 at the address(es) listed below:
          J. ZAC CHRISTMAN   on behalf of Joint Debtor Misbah Ehsan Khan zac@fisherchristman.com,
           office@fisherchristman.com
          J. ZAC CHRISTMAN   on behalf of Debtor Ehsan Ullah Khan zac@fisherchristman.com,
           office@fisherchristman.com
          JASON BRETT SCHWARTZ   on behalf of Creditor    Westlake Financial Services
           jschwartz@mesterschwartz.com
          REBECCA ANN SOLARZ   on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION
           bkgroup@kmllawgroup.com
          ROLANDO  RAMOS-CARDONA   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ecfmail@readingch13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                          TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    EHSAN ULLAH KHAN<br>    MISBAH EHSAN KHAN<br><br>    Debtors | Chapter 13<br><br>Bankruptcy No. 19-10715-PMM |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtors' plan shall be refunded to the Debtors unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: September 24, 2020**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE